IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DUANE PARKER,

    Petitioner,               No. CIV S-02-1470 GEB JFM P

    vs.

D. RUNNELS, et al.,

    Respondents.          ORDER

_____/

        Petitioner has requested an extension of time to file and serve objections to the August 22, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's September 1, 2005 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the August 22, 2005 findings and recommendations.

DATED: September 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/001:kf
park1470.111